UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM ENRIGHT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF WASHINGTON,<br><br>　　　　　　Defendant. | CASE NO. C19-5201 BHS-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge, Dkt. 16, and Plaintiff William Enright's ("Enright") objections to the R&R, Dkt. 17.

On April 23, 2020, Judge Fricke issued the R&R recommending that the Court grant Defendant State of Washington's ("the State") motion to dismiss. Dkt. 16. On May 14, 2020, Enright filed objections. Dkt. 17. On May 28, 2020, the State responded. Dkt. 18. On June 15, 2020, Enright replied. Dkt. 19.

The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or

ORDER - 1

modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.  Fed. R. Civ. P. 72(b)(3).

In this case, Enright fails to specifically object to the merits of the R&R.  Instead, he concedes that his remaining claim may be moot because the State has secured a Catholic sponsor to provide services at the Special Commitment Center.  Dkt. 17 at 1.  Regardless, the Court agrees with Judge Fricke that the State is not a proper defendant for Enright's civil rights claim and that Enright should be granted leave to amend his complaint.  The Court also agrees that Enright's claim for past-due sanctions is frivolous and should be dismissed with prejudice.  Therefore, the Court having considered the R&R, Enright's objections, and the remaining record, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) The State's motion to dismiss is **GRANTED**;

(3) Enright shall file an amended complaint as set forth in the R&R no later than July 10, 2020; and

(4) Failure to timely file an amended complaint or otherwise respond may result in dismissal of his remaining claims without prejudice.

Dated this 25th day of June, 2020.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2