UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM ENRIGHT, <br><br> Plaintiff, <br> v. <br><br> STATE OF WASHINGTON, <br><br> Defendants. | Case No. C19-5201 BHS-TLF <br><br> REPORT AND RECOMMENDATION DISMISSING PLAINTIFF'S COMPLAINT |

On June 25, 2020, this Court dismissed plaintiff's complaint, with leave to amend his claim for violation of his First Amendment right to religious expression. The deadline to amend was set for July 10, 2020. The Court informed plaintiff that a failure to file a timely complaint or otherwise respond may result in the dismissal of his remaining claims without prejudice.

Plaintiff has not filed an amended complaint. On July 13, 2020, plaintiff filed a motion for various injunctive relief, in which he stated that due to delays in mail service as the Special Commitment Center (SCC), plaintiff had received the Court's order "just now" and his ability to timely file an amended complaint had been. The Court received this filing by mail on August 24, 2020. Defendant filed a response to this motion denying delays in mail at SCC. Dkt. 21, at 4.

Given that more than 30 days have passed without further communication from plaintiff, the undersigned recommends that the Court dismiss this complaint without prejudice for failure to prosecute.

## IN FORMA PAUPERIS STATUS ON APPEAL

The Court must also decide whether plaintiff's *in forma pauperis* status should continue on appeal. *See* 28 U.S.C. §1915(a)(3) ("an appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith"). The Court must determine whether appeal is frivolous or malicious, or whether it fails to state a claim on which relief may be granted. *See* 28 U.S.C. §1915(e)(2)(B)(i)&(ii).

Plaintiff has not pursued his claims; this should be interpreted as an indication his appeal would be frivolous. *Roberts v. Missouri Division of Employment,* 636 F.2d 249 (6th Cir. 1980). Accordingly, the Court recommends that *in forma pauperis* status should not continue on appeal.

The undersigned recommends that plaintiff's complaint be DISMISSED. The parties shall have **fourteen (14) days** from service of this Report and Recommendation to file written objections thereto. 28 U.S.C. § 636(b)(1); FRCP 6; FRCP 72(b)(2). Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating this time limitation, this matter shall be set for consideration on October 16, 2020.

Dated this 2nd day of October, 2020.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION DISMISSING
PLAINTIFF'S COMPLAINT - 2