1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM ENRIGHT,

        Plaintiff,

v.

STATE OF WASHINGTON,

        Defendant.

CASE NO. 3:19-CV-05201-BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

13      This matter comes before the Court on the Report and Recommendation ("R&R")
14  of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 24. The Court
15  having considered the R&R and the remaining record, and no objections having been
16  filed, does hereby find and order as follows:
17      (1)    The R&R is **ADOPTED**;
18      (2)    Plaintiff's complaint is **DISMISSED** without prejudice for failure to
19             prosecute;
20      (3)    Plaintiff's *in forma pauperis* status is **REVOKED** for the purposes of
21             appeal; and
22      (4)    The Clerk shall enter **JUDGMENT** and close this case.

1  Dated this 27th day of October, 2020.

BENJAMIN H. SETTLE
United States District Judge